**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| _____ | ) | |
| CENTER FOR BIOLOGICAL DIVERSITY, PUBLIC EMPLOYEES FOR ENVIRONMENTAL RESPONSBILITY, and PROJECT GUTPILE, | ) ) ) ) ) | Civil Action No. 10-CV-02007 (EGS) |
| *Plaintiff*, v. LISA JACKSON and ENVIRONMENTAL PROTECTION AGENCY, *Defendants*. | ) ) ) ) ) ) ) ) ) | (PROPOSED) ORDER DENYING ASSOCIATION OF BATTERY RECYCLERS, INC.'S MOTION TO INTERVENE |
| _____ | ) | |

**[PROPOSED] ORDER DENYING ASSOCIATION OF BATTERY RECYCLERS, INC.'S MOTION TO INTERVENE**

It is ordered that the Association of Battery Recyclers, Inc.'s motion to intervene is denied by this Court.

DATED: _____        _____

United States District Judge